**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD STOCKTON,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:19-CV-0742** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **JOHN WETZEL, SECRETARY OF** : | |
| **CORRECTIONS,** *et al.,* : | |
| : | |
| **Defendants** | |

**O R D E R**

**AND NOW**, this **23rd** day of **JULY 2019**, upon consideration of Mr. Stockton's Motion to Reinstate Action (ECF No. 19) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Stockton's Motion to Reinstate (ECF No. 19) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**